UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Annamay & Michael Kissinger | § | 17-03258 |
| | § | **HON.** Scott W. Dales |
| Debtor(s) | § | **Filed:** 7/5/2017 |

## APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Application is made by the undersigned for allowance of reasonable attorney fees and expenses of $772.96 to be paid from the monies paid in by or on behalf of the Debtor, under the provision of Debtor's Chapter 13 estate. Services rendered for the Debtor are as follows:

**See Attached Statements**

Applicant has not shared or agreed to share such compensation (either paid or to be paid) with any other person than employees of the law firm he is associated with. This is the Second application for compensation and reimbursement of expenses. The total fees requested in this application are $752.00; the total costs advanced requested are $20.96. The fees requested and approved in this matter to date are as follows:

| Fees Requested | Costs Requested | Fees Awarded | Costs Awarded | Date of Order |
|---|---|---|---|---|
| 3650 | 0.00 | 3650 | 0.00 | 1/19/2018 |
| 1076 | 14.93 | 1076 | 14.93 | 3/26/2019 |

Approved fees and expenses remain unpaid in the amount of $_0.00_.
This application is not filed less than 120 days after prior application to the Court.

Wherefore, Applicant seeks approval of attorney fees and costs advanced in the amount of $772.96, and that the same be paid through the Plan by Debtors' Chapter 13 Trustee.

Dated:  8/25/2021                              /s/
                                               Jeffrey D. Mapes (P70509)
                                               Mapes Law Offices
                                               Attorney for Debtor(s)
                                               29 Pearl St NW Suite 305
                                               Grand Rapids, MI 49503
                                               (616) 719-3847

## SUMMARY SHEET

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Annamay & Michael Kissinger** | § | 17-03258 |
| | § | **HON.** Scott W. Dales |
| **Debtor(s)** | § | **Filed:** 7/5/2017 |

Fees & Expenses Previously Requested:     $4914.85
Fees & Expenses Previously Awarded:      $4914.85

NAME OF APPLICANT:      Mapes Law Offices
ROLE IN THIS CASE:       Attorney for Debtor(s)

CURRENT APPLICATION:     Fees Requested:     $752.00
                         Expenses Requested: $20.96

Fee Application

| | Hours Billed | Per Hour Rate | Total for Application |
|---|---|---|---|
| Attorneys: | | | |
| Jeffrey D. Mapes | 0.30 | $275.00* | $82.50 |
| George J. George | 0.60 | $220.00 | $132.00 |
| Paraprofessionals: | | | |
| Keaton F. Kolbe | 3.60 | $125.00 | $450.00 |
| Kendra L. Martin | 0.70 | $125.00 | $87.50 |

TOTAL HOURS BILLED:   0.90
(Excluding Paraprofessionals)

*Jeffrey D. Mapes was approved to bill $275.00 per hour on 06/30/2019.

## Law Office of Jeffrey Mapes

## INVOICE

29 Pearl St. NW Ste. 305
Grand Rapids, MI 49503
United States

Invoice # 473
Date: 08/21/2021
Due On: 09/20/2021

Annamay Kissinger
10325 23 Mile Rd.
Marshall, MI 49068

## 17-03258

## Kissinger, Annamay and Michael

**Services**

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03/25/2019 | KFK | Draft aff of no obj and proposed order re: fee app | 0.10 | $125.00 | $12.50 |
| 03/20/2020 | KFK | Call from client re: property taxes | 0.20 | $125.00 | $25.00 |
| 04/07/2020 | KFK | Review and respond to email from client re: borrower statement | 0.20 | $125.00 | $25.00 |
| 04/16/2020 | KFK | Left vm for client re: borrower statement | 0.10 | $125.00 | $12.50 |
| 04/23/2020 | KFK | Left vm for client re: statement from county & email. | 0.20 | $125.00 | $25.00 |
| 06/09/2020 | KFK | Left vm for clients following up to see if they rec'd any docs from the county saying there was a deficiency in property taxes paid for 2019.<br><br>6/9: Client called back. She will be mailing the docs from the county. | 0.10 | $125.00 | $12.50 |
| 08/27/2020 | KFK | Call to Calhoun County treasurer. They are saying there is a delinquency of $760.12 for Summer 2019. they have 2 parcels: Parcel 09-110-033-01 (this one is delinq) Other parcel number lot 23 15-240-027-00 (no delinquency). They don't show payment received from the mortgage company for Summer 2019.<br><br>Call to Wesley Todd, atty for mortgage company. He no longer works there. The receptionist is going to look into who took over the case. The borrower statement from the mortgage company says $2544.41 was paid on the 2019 property taxes, but county doesn't show that they received it. Clients thought that should have been enough to cover for all of 2019 prop taxes. | 0.40 | $125.00 | $50.00 |
| 09/11/2020 | KFK | Follow up call to mortgage company atty. They gave | 0.50 | $125.00 | $62.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | me Wesley Todd's new number (269-388-7600). | | | |
| | | Left vm with Wesley Todd's legal assistant. | | | |
| | | Call back from Wes Todd. He does not represent them. He said to contact Jim Reed at the original office. | | | |
| 09/11/2020 | KFK | Call to Jim Reed (269-965-7000). He said that another partner, Nelson Karre, handled the acct for the mortgage company. Email to Nelson Karre. | 0.60 | $125.00 | $75.00 |
| 09/24/2020 | KFK | Call to client for an updated address (or phone number) for Frost Family Trust. She's going to look through her stuff and call back | 0.20 | $125.00 | $25.00 |
| 09/24/2020 | KFK | Call to Scott Frost (407-435-9733), trustee for the Frost Living Family Trust re address and balance. | 0.30 | $125.00 | $37.50 |
| 10/02/2020 | KFK | Emailed mortgage company atty re: property taxes | 0.10 | $125.00 | $12.50 |
| 11/02/2020 | KLM | Phone call from client re husband off work. Wanting to stop ACH. | 0.30 | $125.00 | $37.50 |
| 11/02/2020 | KFK | Tee stopped the 11/5 ACH payment. Call to client re: the same | 0.20 | $125.00 | $25.00 |
| 11/20/2020 | GJG | Phone Appt.: Phone appointment to discuss shortfall in monthly payments vs minimum monthly amounts under the plan. Debtor agreed to the modest payment increase. Emailed debtor with list of income docs needed to draft amendment and new schedules. | 0.60 | $220.00 | $132.00 |
| 06/09/2021 | KLM | Call to client: She received a notice from State Farm Insurance re homeowners policy. | 0.20 | $125.00 | $25.00 |
| 06/15/2021 | KLM | Call to client: Per JDM, I told her she should call the insurance company and find out the status. She also said that she received a notice that they cannot make payments through ACH. I let her know that KFK was going to email the instructions for TFS. - KLM | 0.10 | $125.00 | $12.50 |
| 06/15/2021 | KFK | Client called because they received notice they were taken off of ACH due to NSF. Emailed clients info on how to set up TFS. | 0.20 | $125.00 | $25.00 |
| 07/20/2021 | KLM | Client called for address to send payments to. - KLM | 0.10 | $125.00 | $12.50 |
| 08/11/2021 | KFK | Review and respond to email from client re: TFS | 0.20 | $125.00 | $25.00 |
| 08/21/2021 | JDM | Prepare itemized statement, draft application and related documents. | 0.30 | $275.00 | $82.50 |
| | | | | **Services Subtotal** | **$752.00** |

Invoice # 473 - 08/21/2021

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 08/25/2021 | Copies: Copies for Fee Application and related documents. | 64.00 | $0.20 | $12.80 |
| 08/25/2021 | Postage-Stamp: Postage for Fee Application and related documents. | 16.00 | $0.51 | $8.16 |
| | | | Expenses Subtotal | $20.96 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| George J. George | Associate Attorney | 0.6 | $220.00 | $132.00 |
| Jeff Mapes | Managing Partner | 0.3 | $275.00 | $82.50 |
| Keaton Kolbe | Non-Attorney | 3.6 | $125.00 | $450.00 |
| Kendra Martin | Non-Attorney | 0.7 | $125.00 | $87.50 |
| | | | Subtotal | $772.96 |
| | | | Total | $772.96 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 473 | 09/20/2021 | $772.96 | $0.00 | $772.96 |
| | | | Outstanding Balance | $772.96 |
| | | | Total Amount Outstanding | $772.96 |

Please make all amounts payable to: Law Office of Jeffrey Mapes

Please pay within 30 days.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| Annamay & Michael Kissinger | § | 17-03258 |
| | § | **HON.** Scott W. Dales |
| Debtor(s) | § | **Filed:** 7/5/2017 |

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF APPLICATION FOR PROFESSIONAL FEES PURSUANT TO RULE 2016 AND NOTICE OF RIGHT TO OBJECT

Take Notice that the following professionals persons have submitted an application to the Bankruptcy Court for the allowance of fees and expenses as listed below:

| **Professional** | Fees Requested | Expenses Requested | Fees Previously Allowed by Court |
| --- | --- | --- | --- |
| Mapes Law Offices, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503 | $752.00 | $20.96 | $4914.85 |

The fees requested will be paid pursuant to the terms of the confirmed Chapter 13 Plan. Approval of the requested compensation is anticipated to have the following impact on unsecured creditors:

(X) Allowance of the fees will reduce the amount paid to general unsecured creditors.
(X) Allowance of the fees may delay payment to general unsecured creditors.
( ) Allowance of the fees should have no impact on the dividend to general unsecured creditors.
( ) Allowance of the fees will increase the plan length by ___ months, for a total of ___ months.
( ) Other: _____

NOTE: The application is available for public review at the Clerk's Office, (One Division North, Grand Rapids, MI 49503) or (202 West Washington Street, 3rd Floor, Marquette, MI 49855) Monday - Friday from 8:00 a.m. to 4:00 p.m. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court. If you have an objection, you have twenty-one (21) days from the date of this notice in which to file such written objection. In the event that an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

Any Objection must be timely filed with: U.S. Bankruptcy Court WDMI, One Division Ave. NW, Rm. 200 Grand Rapids, MI 49503 A copy of any objection must also be served upon Jeffrey D. Mapes PLC, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503.

Date Notice Served: 8/25/2021        __/s/_____
                                    Jeffrey D. Mapes, Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Annamay & Michael Kissinger** | § | 17-03258 |
| | § | **HON.** Scott W. Dales |
| **Debtor(s)** | § | **Filed:** 7/5/2017 |

## ORDER APPROVING APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Present:    **HON.** Scott W. Dales
Bankruptcy Judge

This matter having come before the Court upon the Application for Additional Attorney Fees and/or Recovery of Costs Advanced, by Mapes Law Offices, Counsel for the Debtor(s); Notice to Creditors and Other Parties of Interest having been served upon all interested parties on or about 8/25/2021; no written objections to said Notice having been filed, and the Court being otherwise fully advised in the premises from which entry of an order appears proper, THEREFORE,

IT IS HEREBY ORDERED that the Application for Additional Attorney Fees and/or Recovery of Costs Advanced in this case be allowed in the amount of $772.96. Fees requested and approved in this matter to date are as follows:

| Fees Requested | Costs Requested | Fees Awarded | Costs Awarded | Date of Order |
|---|---|---|---|---|
| 3650 | 0.00 | 3650 | 0.00 | 1/19/2018 |
| 1076 | 14.93 | 1076 | 14.93 | 3/26/2019 |

Leaving a balance of $772.96 in additional fees to be paid by the Trustee through the Chapter 13 Plan.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon Debtors: 10325 23 Mile Rd.Marshall, MI 49068; Chapter 13 Trustee, Barbara Foley, 229 E. Michigan Ave. Ste. 400, Kalamazoo MI 49007; U.S. Trustee, 125 Ottawa NW, Suite 202R, Grand Rapids, MI 49503; and, Mapes Law Offices, Counsel for Debtor(s), 29 Pearl St NW, Suite 305, Grand Rapids MI 49503.

END ORDER.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Annamay & Michael Kissinger** | § | 17-03258 |
| | § | **HON.** Scott W. Dales |
| **Debtor(s)** | § | **Filed:** 7/5/2017 |

## CERTIFICATE OF SERVICE

Document(s) Served:

1. Application for Addition Attorney Fees and/or Recovery of Costs Advanced
2. Itemized Statement
3. Notice of & Opportunity to Object to Application for Additional Attorney Fees and/or Recovery of Costs
4. Proposed Order Approving Application for Additional Attorney Fees and/or Recovery of Costs
5. Certificate of Service

Person(s) Served:

1. See attached Creditor Matrix

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by first class U.S. mail addressed to their respective address of record in this case, served a true copy of the documents listed above on the parties listed above. Any parties not served have been indicated by a large X across their address.

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: 8/25/2021                    /s/
                                    Jeffrey D. Mapes
                                    Mapes Law Offices
                                    29 Pearl Street NW, Suite 305
                                    Grand Rapids, MI 49503

Label Matrix for local noticing
0646-1
Case 17-03258-swd
Western District of Michigan
Grand Rapids
Wed Aug 25 10:19:36 EDT 2021

AgFirst Farm Credit Bank
2209 River Road
Louisville KY 40206-1009

Barbara Tsaturova
PO Box 2878
Holland MI 49422-2878

Patti H. Bass
Bass & Associates PC
3936 E. Ft. Lowell Rd
Suite 200
Tucson, AZ 85712-1083

Borgess Health
1521 Gull Road
Kalamazoo MI 49048-1666

Bronson Healthcare Group
Dept #771700
PO Box 77000
Detroit MI 48277-2000

Cadillac Accounts Receivable
1015 Wilcox Street
Cadillac MI 49601-2527

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Capital One/Menards
PO Box 30253
Salt Lake City UT 84130-0253

(p) CAVALRY PORTFOLIO SERVICES LLC
500 SUMMIT LAKE DR
STE 400
VALHALLA NY 10595-2322

Cavalry SPV I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

Cavalry SPV I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

(p) CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Comenity Bank/Sportsmans Guide
PO Box 182789
Columbus OH 43218-2789

Comenity Capital/Ultabeauty
PO Box 182273
Columbus OH 43218-2273

Comenity/CH Banks
PO Box 182789
Columbus OH 43218-2789

Consumers Energy
4000 Clay Ave SW
Grand Rapids MI 49548-3017

FROST FAMILY LIVING TRUST
2709 NORRIS AVENUE
WINTER PARK, FL 32789-6667

Fingerhut
6250 Ridgewood Rd.
Saint Cloud MN 56303-0820

Barbara P. Foley
Chapter 13 Trustee's Office
P.O. Box 1109
Kalamazoo, MI 49005-1109

Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

John D Bradshaw
107 W Michigan Ave.
Kalamazoo MI 49007-3956

Annamay Jean Kissinger
10325 23 Mile Rd.
Marshall, MI 49068-9716

Michael Robert Kissinger
10325 23 Mile Rd.
Marshall, MI 49068-9716

Kohl's Payment Center
PO Box 2983
Milwaukee WI 53201-2983

LVNV Funding LLC
PO Box 10497
Greenville SC 29603-0497

MI DEPT OF TREASURY
COLLECTION DIVISION/BANKRUPTCY
PO BOX 30168
LANSING, MI 48909-7668

Jeffrey D. Mapes
Jeffrey D Mapes, PLC
29 Pearl St. NW
Suite 305
Grand Rapids, MI 49503-3019

Marshall Disposal
110 N Eagle Stret
Marshall MI 49068-1502

McLaren Greater Lansing
7220 Solution Center
Chicago IL 60677-7002

```
Michigan Dept. of Treasury           (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE    Midland Funding
Tax Collection Enforcement           ATTN BANKRUPTCY UNIT                           8875 Aero Drive Ste 200
Bankruptcy Section                   3024 W GRAND BLVD                              San Diego CA 92123-2255
Treasury Building                    SUITE 12-100
Lansing, MI 48922-0001               DETROIT MI 48202-6024


Palmetto Law Center PC               (p)PORTFOLIO RECOVERY ASSOCIATES LLC           Quantum3 Group LLC as agent for
Marshall MI 49068                    PO BOX 41067                                   MOMA Funding LLC
                                     NORFOLK VA 23541-1067                          PO Box 788
                                                                                    Kirkland, WA  98083-0788


Karen L. Rowse-Oberle                SECURITIES & EXCHANGE COMM                     South Central Credit Union
Butler Rowse-Oberle PLLC             BANKRUPTCY SECTION                             958 W. Monroe
24525 Harper Avenue                  175 W. JACKSON BLVD.                           Jackson, MI 49202-2036
St. Clair Shores, MI 48080-1286      SUITE 900
                                     CHICAGO, IL 60604-2815


South Central Credit Union           South Central Credit Union                    Sparrow Health System
Butler, Butler & Rowse-Oberle, PLLC  PO Box 27                                     800 Reliable Parkway
24525 Harper Ave                     Jackson MI 49204-0027                         Chicago IL 60686-0001
St. Clair Shores, MI 48080-1286


Spectrum Health                      Third Party Withholding Unit                  Three Rivers Health
PO Box 2207                          Michigan Dept. of Treasury                    701 S Health Parkway
Grand Rapids MI 49501-2207           PO Box 30785                                  Three Rivers MI 49093-9306
                                     Lansing MI 48909-8285


UNITED STATES TRUSTEE                United States Attorney's Offic                (p)VELO LAW OFFICE
THE LEDYARD BUILDING, 2ND FLOOR      330 Ionia Ave. NW                             1750 LEONARD ST NE
125 OTTAWA NW, SUITE 200R            Ste. 501                                      GRAND RAPIDS MI 49505-5636
GRAND RAPIDS, MI 49503-2837          Grand Rapids MI 49503-2580




              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



Cavalry Portfolio Services           Citicards                                     Michigan Unemployment Insurance Agency
PO Box 17288                         PO Box 8045                                   3024 West Grand Blvd.
Tempe AZ 85285                       Phoenix AZ 85062                              Tax Office, Suite 12-300
                                                                                   Detroit, MI 48202


Portfolio Recovery                   Velo Law Office
140 Corporate Blvd.                  1750 Leonard Street NE
Norfolk VA 23502                     Grand Rapids MI 49505




              The following recipients may be have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.
```



(d) Frost Family Living Trust
2709 Norris Avenue
Winter Park, FL 32789-6667

(u) SOUTH CENTRAL CREDIT UNION

(d) United States Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2837

End of Label Matrix
Mailable recipients    47
Bypassed recipients     3
Total                  50