UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

ANNAMAY J. KISSINGER and
MICHAEL R. KISSINGER

Case #: DK 17-03258
Chapter 13
Hon. Scott W. Dales
Filed: July 5, 2017

_____Debtors._____/

## TRUSTEE'S OBJECTION TO APPLICATION FOR ADDITIONAL ATTORNEY FEES AND RECOVERY OF COSTS ADVANCED

NOW COMES Barbara P. Foley, Trustee, by and through her Staff Attorney, Kurt A. Steinke, and objects to the Application as follows:

1. The Debtors' attorney filed his request for additional compensation on August 25, 2021, seeking approval of additional fees of $752.00 and expenses of $20.96.

2. The Notice to Creditors that was attached to the Application indicates that allowance of the fees will reduce the amount paid to general unsecured creditors and may delay payment to general unsecured creditors.

3. The Plan is paying 100% plus interest to unsecured creditors to satisfy the liquidation test, so the amount to unsecured creditors cannot be reduced by the allowance of additional fees.

4. Pursuant to the Trustee's calculation, the Plan is currently running more than 60 months and the allowance of additional fees will only exacerbate the feasibility problem.

**WHEREFORE** the Trustee prays this Court deny the Application for Additional Attorney Fees and Recovery of Costs Advanced and grant any other relief the Court deems equitable and appropriate.

BARBARA P. FOLEY
CHAPTER 13 TRUSTEE

September 2, 2021

By: /s/ Kurt A. Steinke
Kurt A. Steinke (P44538)
Attorney for Trustee
P.O. Box 51109
Kalamazoo, MI 49005
Ph. 269-343-0305